IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD RAY LONG,     ) | |
|     Plaintiff,     ) | |
| ) | |
| vs.     ) | No. 3:22-CV-1912-M-BH |
| ) | |
| KAMBRIN MONIQUE     ) | |
| CHAMBERS- OLIVER and     ) | |
| TECUMSEH ANDRE     ) | |
| OLIVER,     ) | |
|     Defendants.     ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge. By separate judgment, the plaintiff's federal claim will be **DISMISSED with prejudice** for failure to state a claim, and his state law claims will be **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SIGNED this 3rd day of November, 2023.**

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE