IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD RAY LONG, <br> Plaintiff, <br><br> vs. <br><br> KAMBRIN MONIQUE CHAMBERS-OLIVER and TECUMSEH ANDRE OLIVER, <br> Defendants. | ) <br> ) <br> ) <br> ) No. 3:22-CV-1912-M-BH <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge. The plaintiff's post-judgment amended questionnaire responses are liberally construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) and **DENIED**.

SIGNED this 8th day of December, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE